Stephen G. Hammers, Esq. (SBN 155740)
**PRICE, CROOKE, GARY & HAMMERS, INCORPORATED**
10 Corporate Park, Suite 300
Irvine, CA 92606-5140
Phone: (949) 261-2233
Facsimile: (949) 261-6935
Email: shammers@pcghlawyers.com

Attorneys for Movants JAWED KARIM
and ANISA DAFTARY, Individually and as
Administrator of the Estate of SAHAR DAFTARY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>REQUEST FOR ORDER REQUIRING FACEBOOK, INC. TO PRODUCE DOCUMENTS AND THINGS | **CASE NO.: CV11 80190 MISC LHK HRL**<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION; [~~PROPOSED~~] ORDER THEREON** |

PLEASE TAKE NOTICE that Applicants JAWED KARIM ("KARIM") and ANISA DAFTARY ("DAFTARY") hereby request that this entire action be dismissed without prejudice.

Respectfully submitted,

**PRICE, CROOKE GARY & HAMMERS, INCORPORATED**

By: _____/s/_____
    Stephen G. Hammers, Esq.
Attorneys for JAWED KARIM and
ANISA DAFTARY, Individually and as
Administrator of the Estate of SAHAR DAFTARY

1

**ORDER**

The Court, having read and considered the Request for Dismissal of Entire Action which was filed by Movants JAWED KARIM and ANISA DAFTARY, hereby orders that this matter, Case No. CV11-80190-MISC, is dismissed without prejudice.

IT IS SO ORDERED.

Date: __November 3, 2011_____     _____
                                       Lucy H. Koh
                                       United States District Judge